UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

B.L., ET AL.,

               Plaintiffs,

    - against -

THE NEW YORK CITY DEPARTMENT OF
EDUCATION,

               Defendant.

26-cv-881 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The plaintiff had ninety days from filing the complaint to serve the summons and complaint on the defendant. Fed. R. Civ. P. 4(m). The plaintiff has failed to serve the summons and complaint. The time to serve is extended until **May 19, 2026.** If service is not made by May 19, 2026, the case may be dismissed without prejudice for failure to prosecute.

The Clerk is requested to mail a copy of this Order to the plaintiff and note mailing on the docket.

SO ORDERED.

Dated:    New York, New York
           May 5, 2026

                    John G. Koeltl
             United States District Judge