UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

B.L., ET AL.,

Plaintiffs,                                26-cv-0881 (JGK)

- Against -                                Order

THE NEW YORK CITY DEPARTMENT
OF EDUCATION,

Defendant.

**John G. Koeltl, District Judge:**

The plaintiff failed to serve the summons and complaint on the defendant within ninety days after filing the complaint. The deadline to effect service was extended to May 19, 2026. To date, however, no proof of service has been filed.

The plaintiff's time to serve the defendant is extended to **June 3, 2026**. If the plaintiff does not effect service by June 3, 2026, the case will be dismissed without prejudice for failure to prosecute.

The Clerk is respectfully directed to mail a copy of this Order to the plaintiff and to note such mailing on the docket.

SO ORDERED.

Dated:    New York, New York
          May 20, 2026

                                        John G. Koeltl
                                    United States District Judge