UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
B.L., et al,

                  Plaintiff(s)

      -against-

THE NEW YORK CITY DEPARTMENT
OF EDUCATION,

                Defendant(s).
-------------------------------------------------------------X

26 civ 881 (JGK)

## ORDER

The conference scheduled for Tuesday, June 2, 2026, at 12:30pm, is canceled.

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
     May 26, 2026