UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

B.L., ET AL.,

                    Plaintiffs,                          26-cv-0881 (JGK)

          - against -                                    Order

THE NEW YORK CITY DEPARTMENT
OF EDUCATION, ET AL.,

                    Defendants.

---

**John G. Koeltl, District Judge:**

The Court has twice extended the plaintiff's time to serve the defendants. See ECF Nos. 5–6. The most recent extension extended the plaintiff's time to serve to June 3, 2026. See ECF No. 6.

To date, no proof of service has been filed. The plaintiff's time to serve the defendants is extended to **June 15, 2026**. If the plaintiff does not effect service by June 15, 2026, the case will be dismissed without prejudice for failure to prosecute.

The Clerk is respectfully directed to mail a copy of this Order to the plaintiff and to note such mailing on the docket.

SO ORDERED.

Dated:    New York, New York
          June 5, 2026

                                   _____
                                        John G. Koeltl
                                   United States District Judge