UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————

B.L., ET AL.,

                    Plaintiffs,                          26-cv-0881 (JGK)

       - against -                                       Order

THE NEW YORK CITY DEPARTMENT
OF EDUCATION

                    Defendant.

—————————————————————

**John G. Koeltl, District Judge:**

       The Court has extended the plaintiffs' time to serve the defendants three times. See ECF Nos. 5–6, 8. The most recent extension extended the plaintiffs time to serve to June 15, 2026. See ECF No. 8.

       To date, no proof of service has been filed. Accordingly, this case is dismissed without prejudice for failure to prosecute.

       The Clerk is respectfully directed to close this case and enter a judgment dismissing the complaint.

SO ORDERED.

Dated:    New York, New York
          June 18, 2026

                                              _____
                                                    John G. Koeltl
                                              United States District Judge