UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| B.L., ET AL,<br><br>          Plaintiffs,<br><br>    -against-<br><br>THE NEW YORK CITY DEPARTMENT OF EDUCATION.,<br><br>          Defendants. | 26 CIVIL 00881 (JGK)<br><br>**<u>JUDGMENT</u>** |

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Order dated June 22, 2026, this case is dismissed without prejudice for failure to prosecute; accordingly, the case is closed.

**Dated:**   New York, New York

      June 22, 2026

                              **TAMMI M. HELLWIG**

                                      **Clerk of Court**

**BY:**

                                      **Deputy Clerk**